# EXHIBIT "A"

EXHIBIT "A"

---------- Forwarded message ---------
From: **Zenresolve Customer Service** <CustomerService@zenresolve.com>
Date: Fri, Sep 4, 2020 at 5:04 PM
Subject: We can help resolve your outstanding account.
To: Emma Robinson <remma4758@gmail.com>



Contact (800) 225-1375

We're here to help with your account, Emma.

ZenResolve is a third-party debt collection agency, and we've been asked by Lendumo to help you settle your outstanding balance of $1,345.37.

We can help resolve your situation. You can pay the balance in full, or we can help you select a payment plan that fits your current financial situation. You can access your account by clicking the button below, or you can call us at **(800) 225-1375**.

**VIEW PAYMENT OPTIONS**

We can help you no matter what your current financial situation is. Log in to your account to set up a payment plan.

**ZenResolve Account: 254156**
**Creditor: Lendumo**
**Balance Due: $1,345.37**
**Default Date: 2020-09-01**

Thanks,
ZenResolve Team

© 2020. All Rights Reserved | Privacy Policy | Terms of Use |
Unsubscribe

 

ZenResolve, LLC
800-225-1375
7020 E Acoma Dr, Scottsdale, AZ 85254

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose. The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

Unless you, within thirty (30) days after receipt of the notice, dispute the validity of the debt, or any portion thereof, ZenResolve will assume the debt to be valid.

If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you. Upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor.

Dispute This Debt