# EXHIBIT "C"

EXHIBIT "C"

---------- Forwarded message ---------
From: **Zenresolve Customer Service** <CustomerService@zenresolve.com>
Date: Thu, Oct 8, 2020 at 5:01 PM
Subject: Information about your account options.
To: Emma Robinson <remma4758@gmail.com>



Contact (800) 225-1375

Hi, Emma Robinson.

At ZenResolve, we're all about options. We want to help you resolve your balance of $1,345.37 with Lendumo by helping you find the payment plan that works best for your financial situation.

Log in with the link below and select the option that works best for you!

**VIEW PAYMENT OPTIONS**

**ZenResolve Account: 254156**
**Creditor: Lendumo**
**Balance Due: $1,345.37**
**Default Date: 2020-09-01**

Thanks,
ZenResolve Team

© 2020. All Rights Reserved | Privacy Policy | Terms of Use |  
Unsubscribe

ZenResolve, LLC
800-225-1375
7020 E Acoma Dr, Scottsdale, AZ 85254

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails, please Unsubscribe.**

PCA

---------- Forwarded message ---------
From: **Zenresolve Customer Service** <CustomerService@zenresolve.com>
Date: Fri, Oct 16, 2020 at 12:40 PM
Subject: Let's move forward with your account.
To: Emma Robinson <remma4758@gmail.com>



Contact (800) 225-1375

Hi, Emma Robinson.

We noticed you haven't taken action yet on your past due balance of $1,345.37 with Lendumo. Do you have questions about your account or the payment process that might be keeping you from moving forward? If so, we're here to help! You can email us at **customerservice@zenresolve.com** or call us at **(800) 225-1375**.

If you're ready to move forward with paying off your balance or setting up a payment plan, please click the link below.

**VIEW PAYMENT OPTIONS**

**ZenResolve Account:** 254156
**Creditor:** Lendumo
**Balance Due:** $1,345.37
**Default Date:** 2020-09-01

Thanks,
ZenResolve Team

© 2020. All Rights Reserved | Privacy Policy | Terms of Use |
Unsubscribe

 

ZenResolve, LLC
800-225-1375
7020 E Acoma Dr, Scottsdale, AZ 85254

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails, please Unsubscribe.**

---------- Forwarded message ---------
From: **Zenresolve Customer Service** <CustomerService@zenresolve.com>
Date: Mon, Oct 26, 2020 at 2:02 PM
Subject: Important account information
To: Emma Robinson <remma4758@gmail.com>



Contact (800) 225-1375

Hi, Emma Robinson.

We understand you might not be ready to pay off your entire balance of $1,345.37 with Lendumo right now, and the good news is you don't have to! We can help you find a payment plan that fits your budget, and you're just a click away from getting started!

Click the link below, and you'll be on your way to finding a plan that works for you!

**VIEW PAYMENT OPTIONS**

**ZenResolve Account:** 254156
**Creditor:** Lendumo
**Balance Due:** $1,345.37
**Default Date:** 2020-09-01

Thanks,
ZenResolve Team

© 2020. All Rights Reserved | Privacy Policy | Terms of Use | Unsubscribe




ZenResolve, LLC
800-225-1375
7020 E Acoma Dr, Scottsdale, AZ 85254

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails, please Unsubscribe.**

---------- Forwarded message ---------
From: **Zenresolve Customer Service** <CustomerService@zenresolve.com>
Date: Fri, Nov 6, 2020 at 4:05 PM
Subject: Action is needed on your account.
To: Emma Robinson <remma4758@gmail.com>



Contact (800) 225-1375

Hi, Emma Robinson.

We know it might not be possible right now to pay off the entire balance of $1,345.37 that you have with Lendumo, and that's OK!

You can pick out a payment plan that fits your current financial situation, so there's no need to worry. You can do this, and we're here to help!

Let's get this debt knocked off your "to-do" list once and for all by clicking the link below to log in to your account now.

**VIEW PAYMENT OPTIONS**

**ZenResolve Account: 254156**
**Creditor: Lendumo**
**Balance Due: $1,345.37**
**Default Date: 2020-09-01**

Thanks,
ZenResolve Team

© 2020. All Rights Reserved | Privacy Policy | Terms of Use |
Unsubscribe

 

ZenResolve, LLC
800-225-1375
7020 E Acoma Dr, Scottsdale, AZ 85254

This communication is from a debt collector. This is an attempt to collect a debt, and any information obtained from you will be used for that purpose.

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**This communication is not intended, nor is it an attempt, to terminate the validation period referenced in the initial communication that you received regarding this account. Please refer to the initial communication for the commencement date of the validation period. If you wish to stop receiving these emails, please Unsubscribe.**